AO 442 (Rev. 11/11) Arrest Warrant

11555682

2364-0522-0949-J

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) Case No. MJ-23-405-STE |
| TYLER JAY MARSHALL | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TYLER JAY MARSHALL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) Transmitting in Interstate Commerce a Communication Containing a Threat

Date: 05/19/2023

*Shon T. Erwin*
Issuing officer's signature

City and state: Oklahoma City, Oklahoma

SHON T. ERWIN, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

ARRESTED ON 05/22/2023
WITHIN THE W DISTRICT OF OK
BY: 05/22/2023

Date: _____

Arresting officer's signature

Printed name and title